RICHARD S. READE, Respondent, v. GRISCOM & COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The dates for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MICHAEL FRISCHER, Respondent, v. BENNETT FASS, Doing Business under the Name of INTER-AMERICAN MERCHANDISING COMPANY, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

AGATINO RICCIARDI, as Administrator of the Estate of JOHN RICCIARDI, Deceased, Respondent, v. WILLIAM A. PINTARD et al., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse the judgment and the order and grant a new trial on the ground that the judgment is against the weight of the credible evidence.

EUGENE L. GAREY, Respondent, v. DOROTHY TOBEY, Appellant.— Order unanimously modified by dismissing the second cause of action and as so modified affirmed, without costs. The second cause of action was withdrawn on the argument of the appeal. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Voluntary Dissolution of RADOM & NEIDORFF, INC. DAVID RADOM et al., Respondents; GEORGE BORNSTEIN, Appellant.— Order entered December 16, 1943, directing interested parties to show cause why the corporation should not be dissolved and enjoining the appellant from instituting or prosecuting any action or proceeding against the corporation without leave of the court modified by striking out the provision for an injunction, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. (Martin, P. J., dissents and votes to reverse and deny the motion in all respects.) Appeal from order entered December 22, 1943, denying motion for resettlement unanimously dismissed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ANNA C. McCLOY v. PENNSYLVANIA RAILROAD COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 179.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

HERBERT G. SCHNEIDER v. KATHERINE S. SCHNEIDER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 816.] Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

LEE B. COTTRELL v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. [See ante, p. 817.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ELIZABETH B. POOL v. JOHN E. ALDRED et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 811.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

NIKIFOR HRYHORIJIV (GRIGORIEFF) et al. v. WALTER WINCHELL et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 817.] Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.